IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRYSTAL TOLLEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE HOUSING AUTHORITY OF UTAH COUNTY,<br><br>　　　　　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-00226-DN-EJF<br><br>District Judge David Nuffer<br>Magistrate Judge Evelyn J. Furse |

　　　　The Report and Recommendation[1] issued by United States Magistrate Judge Furse on March 14, 2017 recommends denial of Defendant's Motion to Dismiss.[2] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[3]

　　　　No party filed written objections to the Report and Recommendation within the time provided by rules of court. Therefore, the analysis and conclusion of the magistrate judge are accepted and the Report and Recommendation is adopted.

---

[1] Report and Recommendation, docket no. 15, entered Mar. 14, 2017.

[2] *Id.* at 1, 10 (analyzing Motion to Dismiss for Failure to State a Claim and Memoranda, docket no. 8, filed May 27, 2016).

[3] Report and Recommendation at 10.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED, and Defendant's Motion to Dismiss[5] is DENIED.

Dated March 30, 2017.

BY THE COURT:

David Nuffer
United States District Judge

[4] Report and Recommendation, docket no. 15, entered Mar. 14, 2017.

[5] Motion to Dismiss for Failure to State a Claim and Memoranda, docket no. 8, filed May 27, 2016.